UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHANIE DIANE JONES, et al.,

    Plaintiffs,

vs.                              Case No. 3:18-cv-1508-J-34PDB

ARTHER LEE WILLIAMSON,

    Defendant.

_____

## O R D E R

**THIS CAUSE** is before the Court on the Report & Recommendation (Dkt. No. 8; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on April 12, 2019. In the Report, Judge Barksdale recommends that this case be remanded to state court. See Report at 9-10. Plaintiff has filed objections to the Report. See Response (Dkt. No. 9; Objections) filed on April 24, 2019.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

-1-

The Court has reviewed Plaintiff's Objections and finds that they are due to be overruled. As such, upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The objections contained in Plaintiff's Response (Dkt. No. 9) are **OVERRULED**.

2. The Magistrate Judge's Report & Recommendation (Dkt. No. 8) is **ADOPTED** as the opinion of the Court.

3. This case is **REMANDED** to the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, in <u>Stephanie Diane Jones and State of Florida, Department of Revenue v. Arthur Lee Williamson</u>, No. 2011-DR-10768-FM (Division FM-G).

4. Mr. Williamson is cautioned that removal of a state action to federal court without an objectively reasonable basis may subject him to liability for costs and actual expenses, including attorney's fees, under 28 U.S.C. § 1447(c).

5. The Clerk of the Court is directed to mail a certified copy of this Order to the state court clerk, terminate all pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of May, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Arther Lee Williamson
7846 Stephenson Drive
Jacksonville, FL 32208

Clerk, Fourth Judicial Circuit